# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00901-CR

**Alisa Ann Golz, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY, NO. 23-0743-K277, THE HONORABLE STACEY MATHEWS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Alisa Ann Golz seeks to appeal an April 1, 2025 order of deferred adjudication for the first-degree felony of forgery of financial instruments. *See* Tex. Penal Code § 32.21(e-1)(7). The trial court has certified that (1) this is a plea-bargain case and Golz has no right of appeal, and (2) Golz has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Jurisdiction

Filed: December 17, 2025

Do Not Publish